THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN BARTON, DANIEL LEVINE, SANDI MORGAN, TUCKER JAROLL, CLAIRE SCHMITT, ANNA BALTZER, and RANDALL HARTWRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | No. 2:26-cv-2364<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT |

This matter comes before the Court on the parties' stipulated motion to extend the time for Defendant Costco Wholesale Corporation ("Costco") to respond to Plaintiffs Stephen Barton, Daniel Levine, Sandi Morgan, Tucker Jaroll, Claire Schmitt, Anna Baltzer, and Randall Hartwright ("Plaintiffs") Class Action Complaint. Defendant's current deadline to file a responsive pleading is August 4, 2026. After considering the parties' stipulated motion, the applicable law, and the relevant portions of the record, the Court GRANTS the stipulated motion and sets September 18, 2026, as Costco's deadline to respond to Plaintiffs' Class Action Complaint.

//

//



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated this 28th day of July, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

By: s/ *Charles C. Sipos*

Charles C. Sipos, Bar No. 32825
Evan Molineux, Bar No. 62994
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
charles.sipos@ashurstperkins.com
evan.molineux@ashurstperkins.com

Lauren Colton, *pro hac vice forthcoming*
**Hogan Lovells Cadwalader US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
lauren.colton@hlc.com

Trent Norris, *pro hac vice forthcoming*
**Hogan Lovells Cadwalader US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
trent.norris@hlc.com

*Attorneys for Defendant Costco Wholesale Corporation*

Approved as to form:

By: s/ *Steve W. Berman*

Steve W. Berman, WSBA No. 12536
Shelby Smith, WSBA No. 31377
**Hagens Berman Sobol Shapiro LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
shelby@hbsslaw.com

Rebecca A. Peterson
Krista K. Freier
Catherine A. Peterson
**Hecht Partners LLP**
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
rpeterson@hechtpartners.com
kfreier@hechtpartners.com
cpeterson@hechtpartners.com

*Attorneys for Plaintiffs*