UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN BARTON, et al.,<br><br>Plaintiff(s),<br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant(s). | CASE NO. C26-2364-KKE<br><br>ORDER ON STIPULATED MOTION TO VACATE INITIAL SCHEDULING DEADLINES |

This matter comes before the Court on the parties' stipulated motion to vacate deadlines set in the Court's initial scheduling order (ECF No. 13) ("Order"). After considering the parties' stipulated motion, the applicable law, and the relevant portions of the record, the Court GRANTS the stipulated motion. The Court acknowledges the requirements of FRCP 16(b)(2), but finds good cause to defer entry of a case schedule pending its ruling on Costco's forthcoming motion to dismiss. The deadlines set forth in the Order are VACATED. All other deadlines under the Federal and Local Civil Rules remain in effect.

Dated this 27th day of August, 2026.

Kymberly K. Evanson
United States District Judge