THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN BARTON, DANIEL LEVINE, SANDI MORGAN, TUCKER JAROLL, CLAIRE SCHMITT, ANNA BALTZER, and RANDALL HARTWRIGHT, BRIAN ADLER, and AUSTIN STYER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | No. 2:26-cv-2364-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO AMENDED CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE |

This matter comes before the Court on the Parties' stipulated motion to extend the time for Defendant Costco Wholesale Corporation ("Costco") to respond to Plaintiffs Stephen Barton, Daniel Levine, Sandi Morgan, Tucker Jaroll, Claire Schmitt, Anna Baltzer, Randall Hartwright, Brian Adler, and Austin Styer ("Plaintiffs") Amended Class Action Complaint and set a briefing schedule to the extent a motion to dismiss is filed. Dkt. No. 27. Costco's current deadline to file a responsive pleading is October 23, 2026.

After considering the Parties' stipulated motion, the applicable law, and the relevant portions of the record, the Court GRANTS the stipulated motion. Costco's deadline to answer or otherwise respond to the Amended Class Action Complaint is extended to November 13, 2026. If

Costco files a motion to dismiss, Plaintiffs shall file their opposition on or before December 4, 2026, and Costco shall file its reply on or before December 18, 2026.

The clerk is directed to TERMINATE the pending motion to dismiss (Dkt. No. 21) and accompanying motion for judicial notice (Dkt. No 22).

Dated this 22nd day of October, 2026

Kymberly K. Evanson
United States District Judge